# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Berry Law PLLC

v.

Kraft Foods Group, Inc.

**Case No:** 14-7001

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

(•) Appellant(s)/Petitioner(s)    ( ) Appellee(s)/Respondent(s)    ( ) Intervenor(s)    ( ) Amicus Curiae

Berry Law PLLC

Names of Parties                    Names of Parties

### Counsel Information

**Lead Counsel:** Robert Stephen Berry

**Direct Phone:** (202) 296-3020   **Fax:** (202) 296-3038   **Email:** sberry@berrylawpllc.com

**2nd Counsel:**

**Direct Phone:** ( )    -     **Fax:** ( )    -     **Email:**

**3rd Counsel:**

**Direct Phone:** ( )    -     **Fax:** ( )    -     **Email:**

**Firm Name:**

**Firm Address:**

**Firm Phone:** ( )    -     **Fax:** ( )    -     **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I R. Stephen Berry, hereby certify that on February 10, 2014, a true and correct copy of the foregoing has been served on counsel of record via the Court's CM/ECF system.

/s/ _____
R. Stephen Berry

3